SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105 CR-ROETTGER

18 U.S.C. §922(g)(1)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, :

       Plaintiff, :

v. :

JOSE MEDINA, :

       Defendant. :

_____

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about April 10, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JOSE MEDINA,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Rohm .32 caliber

revolver, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
THOMAS E. SCOTT
UNITED STATES ATTORNEY

*[signature]*
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA  CASE NO. _____

v.

JOSE MEDINA  **CERTIFICATE OF TRIAL ATTORNEY***
_____  **Superseding Case Information:**

**Court Division:** (Select One)  New Defendant(s)  Yes ___ No ___
  Number of New Defendants ___
___ Miami  ___ Key West  Total number of counts ___
_X_ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  NO _____

   List language and/or dialect  _____

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)  (Check only one)

   I   0 to 5 days  _X_  Petty  ___
   II  6 to 10 days  ___  Minor  ___
   III 11 to 20 days  ___  Misdem.  ___
   IV  21 to 60 days  ___  Felony  _X_
   V   61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  _ Yes _X_ No   If yes, was it pending in the Central Region? _ Yes _ No

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550048

*Penalty Sheet(s) attached  REV.4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>JOSE MEDINA</u>   No.:_____

Counts #1:   Possession of firearm by convicted felon
             18 U.S.C. 922(g)(1)

*Max Penalty:  <u>Minimum of 15 years' imprisonment; maximum of life imprisonment; $250,000 fine.</u>

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**