UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55288-004

UNITED STATES OF AMERICA )
           Plaintiff     )   Case Number: CR 00-6105-cr-NCR
                         )   REPORT COMMENCING CRIMINAL
    -vs-                 )           ACTION
                         )
Jose Medina              )
           Defendant

*************************************************
TO: Clerk's Office     MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: _____ am/pm

(2) Language Spoken: Spanish

(3) Offense(s) Charged: Poss. Firearm Conv. Felon

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12/31/57

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# CR 00-6105-CR-Roettger

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/D FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____ Detainer PU

(8) Date: 5/5/00  (9) Arresting Officer: J. Walker, DUSM

(10) Agency: USMS   (11) Phone: (954) 356-7256

(12) Comments: