UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6105-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

JOSE MEDINA,    :

    Defendant.    :
_____/



## **DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

> Respectfully submitted,
>
> KATHLEEN M. WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> By: _____
> Timothy M. Day
> Assistant Federal Public Defender
> Florida Bar No. 360325
> 101 N.E. 3rd Avenue
> Suite 202
> Fort Lauderdale, Florida 33301
> (954) 356-7436 ext. 108
> (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of May, 2000 to Steven Petri, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:DAY:Medina:INVOCAT

2