UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.00-6105-CR-ROETTGER

UNITED STATES OF AMERICA,    :

      Plaintiff,    :

vs.    :

JOSE MEDINA,    :

      Defendant.    :

## **NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    101 N.E. 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

___ day of May. 2000 to Steven Petri. Esquire. United States Attorney's Office. 299 E. Broward

Blvd.. Fort Lauderdale. Florida 33301.

Timothy M. Day

S :DAY Medina ASSIGN