COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Jose Medina (J)# | CASE NO: | 00-6105-CR-Roettger |
| AUSA: | Steve Petri | ATTNY: | [signature] Wilcox |
| AGENT: | [signature] | VIOL: | 18:922 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

√ - advised of charges
√ - sworn for counsel

Spanish interp. needed

Reading of indictment waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED by ___
MAY 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S/D OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 5-16-00 | 10:00 am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL | | | |
| STATUS CONFERENCE: | 5-23-00 | 10:00 am | BSS |

DATE: 5-8-00   TIME: 2:00pm   TAPE # 00-032   PG # 4/6

315-452
Recalled
00-032, 1900-1975