AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

JOSE MEDINA

**WARRANT FOR ARREST**

**CASE NUMBER: 00-6105**

CR-ROETTGER

MAGISTRATE JUDGE
Name    SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JOSE MEDINA__

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) Possession of a firearm by convicted felon

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

Bail fixed at $ __PTD Requested__ by

FORT LAUDERDALE, FL
Date and Location

*Lurana S. Snow*
UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Detainer pick-up from BSO ||||
| DATE RECEIVED  4/8/2000 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone, USM  FOR: ATF | SIGNATURE OF ARRESTING OFFICER  Fred DePompa, SDUSM |
| DATE OF ARREST  5/8/2000 | | |