UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6105-CR-Roettger

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER ON INITIAL APPEARANCE |
| Plaintiff. | Language English |
| v. | USM No. 00- _032_ |
| Jose Medina<br>Defendant | AUSA Petri / Kydar |
| | Agent |

The above-named defendant having been arrested on _5-8-00_ having appeared before the court for initial appearance on _5-8-00_ and proceedings having been held in accordance with

ORDERED as follows

1 _____ appeared as counsel

Address: _____
Zip Code: _____ Telephone _____

2 _Federal Future Defende_ (Daniel Hurbos) appointed as permanent
Address _____
Zip Code _____ Telephone _____

3 The defendant shall attempt to retain counsel and shall appear

4 Arraignment/Preliminary ~~XXXXXXXXXXXXXXXXXXXXXXX~~ hearing is set for

5 The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because

A detention hearing pursuant to 18 U.S.C. 3142 is set for _5-12-00 @ 10:00 AM_

6 The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142

_____ PTD Requested _____

This bond shall contain the standard conditions of bond printed in the form of this court, and, in addition, the defendant must comply with the special conditions checked below

_____ a. Surrender all passports and travel documents to the Pretrial Services Office or to the Court

_____ b. Report to Pretrial Services as follows _____ times a week by phone, _____ times a week in person, other. _____

_____ c. Submit to random urine testing by Pretrial Services for the use of non-prescribed substances prohibited by law

_____ d. Maintain or actively seek full-time gainful employment

_____ e. Maintain or begin an educational program

_____ f. Avoid all contact with victims of or witnesses to the crimes charged

_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon

_____ h. Comply with the following curfew

— 1 —

_____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

      This bond was set    At Arrest        _____

                               On Warrant       _____

                               After Hearing      _____

      If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7  The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8  The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at <u>Ft. Laudedale</u> this <u>8</u> day of <u>May</u> .20<u>00</u> .

_____

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-1
Rev 01 00