

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CR-Roettger

UNITED STATES OF AMERICA

vs

Jose Medina

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 5-8-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address: In Custody

                    Telephone:

DEFENSE COUNSEL:    Name: FPD

                    Address:

                    Telephone:

BOND SET/CONTINUED:  $ PTD Requested

Bond hearing held: yes____ no____ Bond hearing set for 5-16-00

Dated this 8 day of May, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR / CLERK

By: _____
Deputy Clerk

Tape No. 00- 032

cc: Clerk for Judge
    U. S. Attorney