| | | | |
|---|---|---|---|
| DEFT: | Jose Medina (J)# | CASE NO: | 00-6105-CR-ROETTGER |
| AUSA: | Steve Petri present | ATTNY: | FPD Tim Day |
| AGENT: | ATF Steve Myer | VIOL: | |
| PROCEEDING: | PTD HEARING | BOND REC: | |

BOND HEARING HELD — (yes)/no    COUNSEL APPOINTED:

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
     _____ Electronic Monitoring _____

FILED by _____ D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Gov't proceeds by proffer — risk of flight + danger to the community

INS hold
ATF agent sworn - Steven Myer

PTD ordered

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 5-16-00 | TIME: 10:00am 12:10pm | TAPE # 00-040 | PG # 1864-3195 |