UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA   )   CASE NO. 00-6105-CR-ROETTGER
                           )
                           )
                           )
v.                         )
                           )
JOSE MEDINA,               )
                           )   **GOVERNMENT'S RESPONSE TO**
                           )   **THE STANDING DISCOVERY ORDER**
        Defendant.         )
_____)

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.  1.  The government is unaware of any written or recorded statements made by the defendant.

           2.  The government is unaware of any oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial, other than the spontaneous statement What did you do with my gun? The defendant also made several insults to the arresting officers.

           3.  No defendant testified before the Grand Jury.

4. According to a check by ATF, the defendant has a significant prior arrest history, including three qualifying convictions to be facing a 15 year minimum mandatory punishment as an Armed Career Criminal. A copy of the convictions, which have been requested, will be provided as soon as they are received by this office.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney. Please call the undersigned to set up a date and time that is convenient to both parties. The main item to be viewed is the firearm itself. Copies of reports are attached to this response.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case, other than a fingerprint test on the gun which was negative, and a test firing of the gun, which was found to be a firearm.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). At present, the undersigned AUSA is unaware of any Brady information.

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). At present, no government

2

        witnesses have received any benefits of this type.

E.    The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. At present, the government does not expect to be calling any such witness at trial.

F.    The defendant was not identified in a show up.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.    The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.    The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband is involved in this indictment.

L.    The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.    The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant other than a fingerprint examination to confirm that he is the same Jose Medina previously convicted of three burglary felonies. See Attached Report.

N.    To date, the government has not received a request for disclosure of the subject-matter of expert

testimony that the government reasonably expects to offer at trial.

O. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P. At the discovery conference to be scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial. In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was as specified in the indictment.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _/s/ Steven R. Petri_____
STEVEN R. PETRI
Assistant United States Attorney
Federal Bar No. A5500048
500 East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 Ex. 3599
Fax: (954) 356-7366

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 23 day of May, 2000 to: Tim Day, Assistant Federal Public Defender, 101 NE Third Ave., Suite 202, Fort Lauderdale FL 33301.

                                    _____
                                    Steven R. Petri
                                    Assistant United States Attorney

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

Case Number: 764010-00-0056

This recommendation for prosecution relates to alleged violations of the Federal Firearms laws by Jose Medina, an illegal alien and previously convicted felon who on April 10, 2000 unlawfully possessed a firearm in Broward County, Southern Judicial District of Florida.

## DEFENDANT AND ARREST STATUS

MEDINA, JOSE– Not arrested
To be indicted

## STATUTES VIOLATED

Title 18 U.S.C. Section 922 (g)(1) – Possession of a firearm by a convicted felon.
Title 18 U.S.C. Section 922 (g)(5) – Possession of a firearm by an illegal alien.

## DOCUMENTS SUBMITTED IN SUPPORT OF PROSECUTION

1. ATF Report of Investigation (ROI) dated 4/17/00: Seizure of a firearm from Jose MEDINA.
   Attachments: Broward Sheriff's Office (BSO) Report #BS00-04-05288.

2. ATF Report of Investigation (ROI) dated 4/21/00: Interview of BSO Deputy Boyd Caudill.

3. ATF Report of Investigation (ROI) dated 4/21/00: Interview of BSO Deputy Jesse Johnson.

4. ATF Report of Interstate Nexus prepared by S/A Pam Bradley.

3. Certified copy of Felony Judgement of Jose MEDINA, case number 98-7084CF10A, Broward County Circuit Court.

4. Broward County Sheriff's Office Fingerprint Examiner's report as to identity of MEDINA.

5. United States Immigration and Naturalization Service (INS) Notice of Action, file A23-223-004 prepared by INS S/A Scott Duerksen re: MEDINA.

6. Broward County Sheriff's Office Firearms Examiner's report as to test firing of firearm.

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Miami Field Division | Miami Field Division<br>FY-00<br>Report 004 |

| TITLE OF INVESTIGATION: |
|---|
| Medina, Jose |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 764010-00-0056 | 1 |

TYPE OF REPORT: *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
|   | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Steven L. Meyer | Special Agent, Fort Lauderdale Field Office | 04/21/2000 |
| REVIEWED BY *(Name)* | REVIEWED BY *(Title and Office)* | REVIEWED BY *(Date)* |
| William Hamilton | Resident Agent In Charge, Fort Lauderdale Field Office | |
| APPROVED BY *(Name)* | APPROVED BY *(Title and Office)* | APPROVED BY *(Date)* |
| Robert P. Thomas | Acting Special Agent in Charge, Miami Field Division | |

### DESCRIPTION OF ACTIVITY:

Receipt of information concerning Jose MEDINA, convicted felon in possession of a firearm.

### SYNOPSIS:

On April 10, 2000 Jose Medina was arrested by the Broward Sheriff's Office in possession of a firearm.

### NARRATIVE:

1. On April 10, 2000 at 1:40 AM Broward Sheriff's Office Deputy Boyd Caudill observed Medina riding a bicycle without lights as required by law in the area of SW 38 Terrace and 2nd Court, Ft. Lauderdale. Deputy Caudill attempted to stop Medina, at which time Medina fled, removing a .32 caliber revolver from his pants pocket and throwing it into the parking lot of Friendly Laundry. Medina was apprehended and arrested for Carrying a Concealed Firearm.

2. Criminal record checks by this office disclosed three separate burglary (felony) convictions (Dade County-1995- Case #95-11481; 1996-Case # 96-30820; Broward County – 1998-Case # 98-07084). Medina was released from state prison on 2/7/00.

3. On 4/17/00 S/A Meyer interviewed US Border Patrol Agent Scott Duerksen, USBP Pembroke Pines, Fl. Phone 963-9805. Agent Duerksen stated that Medina is an illegal alien and is on a "Parolee" status.

Attachment: 1. Broward Sheriff's Office report # BS00-04-05288.

ATF EF 3120.2 (5-98)

```
* I N C I D E N T   D E T A I L S *              BROWARD SHERIFF'S OFFICE
CASE# BS00-04-05288                                   04/14/00    07:06
5488 CAUDILL,BOYD                                     PAGE   1 OF    3
===============================================================================

INCIDENT DATA:
  Incident type (offense):      CARRY CONCEALED F/A
  Original / Supplement:        ORIGINAL
  Adult / Juvenile:             ADULT
  Incident date:                04/10/00
  Incident time:                0143
  Date of arrest:               04/10/00
  Time of arrest:               0145
  Report date:                  04/10/00
  Report time:                  0143
  Zone:                         503
  Area:                         503  MELROSE PARK

  Incident location:
    Street #:                   200 BLOCK
    Street direction:           SW SOUTHWEST
    Street name:                38
    Street suffix:              TE TERRACE
    City:                       FT LAUDERDALE
    State:                      FL FLORIDA
    Zip Code:                   33312
  Incident location type:       STREET/ALLEY/SIDEWALK

  Arrest Location (if diff)
    Street #                    3900
    Street direction:           SW SOUTHWEST
    Street name:                2
    Street suffix:              CT COURT
    City:                       FT LAUDERDALE
    State:                      FL FLORIDA
    Zip Code:                   33312
  Officer injured (Y/N):        NO

  Crime Scene:
    Deputy/CCN:                 CAUDILL,BOYD/5488
    Physical evidence(Y/N)      YES

  Summaries:
    # of offenses:              3
    # of victims:               1
    # of offenders:             1
    # of weapons:               1
-------------------------------------------------------------------------------
INVOLVED PERSON (01):

  Person code:                  ARRESTEE
  Person type:                  ADULT
  Last name/business name:      MEDINA
  First name:                   JOSE
  Middle name/initial:          R

  Permanent address:
    Street #:                   2717
    Street direction:           SW SOUTHWEST
    Street name:                2
    Street suffix:              CT COURT
    City:                       FT LAUDERDALE
    State:                      FL FLORIDA
    Zip code:                   33312
  Resident type:                COUNTY
  Employer/school name:
    Occupation/title:           UNEMPLOYED
  Race:                         HISPANIC WHITE H
  Sex:                          MALE M
  Age:                          43
  DOB (mm/dd/yr):               12/31/57
  Social security #:            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
```

```
* I N C I D E N T   D E T A I L S *                    BROWARD SHERIFF'S OFFICE
CASE# BS00-04-05288                                         04/14/00   07:06
5488 CAUDILL,BOYD                                           PAGE   2 OF   3
===============================================================================

Driver license #:           M300-436-57-471-0
Place of birth - city:      HAVANA
Place of birth - state:     CUBA
Citizen (Y/N):              YES
  Citizenship country:      US UNITED STATES OF AMERICA
Clothing description #1:    BLUE SHIRT/BLOODY
Clothing description #2:    BLACK PANTS
Height:                     5'6
Weight:                     140
Eye color:                  BROWN BRN
Hair color:                 BLACK BLK
Hair length:                SHORT
Hair Style:                 CURLY
Face hair:                  MUSTACHE
Complexion:                 MEDIUM MED
Teeth:                      WHITE
Appearance/Demeanor:        ANGRY/NERVOUS
Speech/Voice:               ACCENT/RAPID
R/L Handed:                 RIGHT
Build:                      SMALL
Arresting Officer(name):    CAUDILL,BOYD
  CCN #:                    5488
  Agency:                   BS
  Division:                 DLE

Charges:
  Offense # 1               CARRY CONCEALED F/A
    Codes/Warrant&Bond #1   3FY         1,000    790.01      5200
  Offense # 2               LOITERING
    Codes/Warrant&Bond #2   2MY            25    856.021     9000
  Offense # 3               OBSTRUCTING JUSTICE WITHOUT VIOLENCE
    Codes/Warrant&Bond #3   1MY           100    843.02      130C
-------------------------------------------------------------------------------
INVOLVED PERSON (02):

  Person code:              VICTIM
  Person type:              GOVERNMENT
  Last name/business name:  STATE OF FLORIDA
-------------------------------------------------------------------------------
INVOLVED WEAPON (01):

  Weapon status:            USED IN CRIME
  Damage code:              DURING OTHER OFFENSE
  Weapon type:              REVOLVER/BLUE STEEL
  Quantity:                 1
  Make/Brand:               ROHN
  Model name/no.:           RG30
  Serial#:                  BD6990,"6085K DG" ENGRAVED UNDER BARREL
  Firearm features:         LARGE BORE
    Cal/Gauge:              .32
    Barrel length:          4"
    Grips:                  PLASTIC
  Value $:                  35.00
  Date recovered:           04/10/00
    Value recovered:        35.00
  Person/Weapon link 1:     MEDINA              ,JOSE      /AR     PERSON 01
    Person/Weapon rel. 1:   USED IN CRIME
-------------------------------------------------------------------------------
INVOLVED PROPERTY (01):

  Property status:          USED IN CRIME
  Damage code:              DURING OTHER OFFENSE

  Item # 1:
    Type:                   BICYCLE
    Person/Prop. link:      MEDINA              ,JOSE      /AR     PERSON 01
```

```
* I N C I D E N T    D E T A I L S *              BROWARD SHERIFF'S OFFICE
CASE# BS00-04-05288                                    04/14/00    07:06
5488 CAUDILL,BOYD                                      PAGE    3 OF    3
```

```
      Person/Prop. rel:
      Quantity:                    1
      Description:                 RED CRUISER
      Serial #/Owner App.#:        H60Y02428
      Value $:                     30.00
      Date recovered:              04/10/00
        Value $ recovered:         30.00
```

NARRATIVE:

On 04/10/2000 at approx 0140 hrs I was patrolling the 200 blk of SW 38 TER
in Ft.Lauderdale, Fl. I observed JOSE MEDINA/ARRESTEE (W/M 12/31/57),
operating his bicycle without lights traveling northbound towards me on
SW 38 TER.
   As I approached JOSE and told him to stop, in an effort to investigate
the violation, he avoided me by making a sharp left turn through the
parking lot of FRIENDLY LAUNDRY located at SW 38 Ter and 2ND CT, riding
westbound at a high rate of speed. As he road through the lot I observed
him struggling to take a dark heavy object out of his right front pants
pocket, throwing it on the ground before exiting westbound on SW 2ND CT.
   I stopped JOSE on the corner of S. SR7 and SW 2ND CT and observed
blood stains on the front of his shirt. He told me the blood came from a
laceration on the top of his his head he sustained during a fight with an
unknown male at an unknown location the day before.
   I secured both JOSE and his bicycle in my patrol unit while keeping my
attention on the dark object laying in the parking lot that was thrown
there by JOSE. I recovered the object identifying it to be a ROHN .32
caliber blue parkerized revolver MODEL #BD6990, with #"6085K DG" engraved
underneath the barrel.
   JOSE was taken to BROWARD GENERAL MEDICAL CENTER and treated for his
injury. He was later cleared by emergency room physicians and transported
to the BROWARD COUNTY MAIN JAIL for processing.
   Due to Jose's flight upon observing my marked unit, disposal of a
firearm and several conflicting statements for his actions/presence, he
was charged with CARRYING A CONCEALED FIRE ARM, LOITERING AND PROWLING,
and OBSTRUCTION WITHOUT VIOLENCE. He was furnished a property receipt for
his bicycle and belongings along with a copy of UNIFORM TRAFFIC CITATION
#5706-ADK for Operating a Bicycle Without Lights Between Sunset and
Sunrise. A field interview card was also completed. A property receipt was
completed for the firearm and submitted to BSO Crime Laboratory.
   A criminal history summary could not be obtained at the time of
Jose's arrest due to computer system being off line. This history was
obtained on 04/11/2000 and revealed him to have prior convictions for
felonies in the State of Florida with incarceration in the state's prison
system.

END OF NARRATIVE SECTION

DEPUTY _Boyd E. Caudill_ 04/11/2000  SUPERVISOR _____

# COMPLAINT AFFIDAVIT

**BROWARD COUNTY**
ARREST NO. _____                                    OBTS. NO. _____

| FILING AGENT | OFFENSE REPORT | LOCAL I.D. NO. | SDLE | FBI | SS NO |
|---|---|---|---|---|---|
| BS DLE | BSO0-04-05288 | | | | 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 |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUP | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| MEDINA | JOSE | R | | | US |

| RC | SEX | HGT. | WGT. | EYES | HAIR | COMP. | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'6 | 140 | BROWN | SALT/ | MED | 43 | 12/31/57 | HAVANA CU | |

| PERMANENT ADDRESS | LOCAL ADDRESS |
|---|---|
| 2717 SW 9 ST | |
| FT LAUDERDALE FL 33312 | PLACE OF EMPLOYMENT LABOR POOL  LENGTH |
| | 3740 W BROWARD BLVD. FT.L |

| RESIDENCE TYPE: COUNTY | | | |
|---|---|---|---|
| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST 3900 SW 2 FT LAUDERDALE FL | DATE/TIME ARRESTED 04/10/20  0145 | ARRESTING OFFICER(S) CCN CAUDILL,BOYD  5488 |

| OFFICER INJURED NO | UNIT BS | ZONE 503 | AREA 503 | SHIFT 0140 | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP-TIME TIME ARRIVED AT BSO | DRUG TYPE |

NARCOTICS                                                                             INDICATION OF:
                                                                                      ALCOHOL INFLUENCE
                                                                                      DRUG INFLUENCE

| DEFENDANT'S VEHICLE-MAKE _____ | TYPE ___ | YEAR ___ | COLOR ___ |
| ATTACH DEFENDANT'S PHOTO | VEHICLE TOWED TO _____ | TAG NO. ___ | VIN. NO. ___ OTHER IDENTIFIERS OR REMARKS |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO. | Mag.Code/ Capias-Warrant# | OFFENSES CHARGED Bond F.S.S. UCR | CITATION #, IF APPLICABLE |
|---|---|---|---|
| 1 | CARRY CONCEALED F/A | | |
| | 3FY | 1,000  790.01  5200 | |
| 2 | PROWLING | | |
| | 2MY | 25  856.021  9000 | |
| 3 | OBSTRUCTING JUSTICE WITHOUT VIOLENCE | | |
| | 1MY | 100  843.02  130C | |

## PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared **5488  CAUDILL,BOYD** who being first duly sworn

deposes and says that on day **04/10/20**, 19 at **3870 SW 2 CT FT LAUDERDALE FL 33312** (crime location) the
above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

On 04/10/2000 at approx 0140hrs I attempted to stop the def for a bicycle
viol. he then fled by riding his bicycle through the parking lot of
Friendly Laundry located at 3870 SW 2ct Ft.Lauderdale, Fl. at a high rate
of speed removing a .32 cal. revolver from his pants pocket throwing it
into the parking lot at that location. The def. was stopped at S.SR7 and
SW 2CT. The weapon was recovered in the parking lot. The def was arrested
and transported to BSO Booking. MEDINA,JOSE/ARRESTEE was charged with
CARRYING A CONCEALED FIREARM, LOITERING AND PROWLING, OBSTRUCTION OF
JUSTICE WITHOUT VIOLENCE and issued Florida Uniform Traffic Citation
#5706-ADK for OPERATING A BICYCLE WITHOUT LIGHTS BETWEEN SUNSET AND

I swear the above statement is correct and true to the best of my knowledge and belief.

_Boyd E. Caudill_ (signature)     CAUDILL,BOYD  5488        BS DLE
OFFICER/AFFIANT'S SIGNATURE       OFFICER'S NAME/CCN         OFFICER'S DIVISION

STATE OF FLORIDA COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this **10** day of **APRIL**, **2000** who is personally
known to me or who has produced (ID Type) _____ as identification and who **DID** / did not take an oath.     (SEAL OR STAMP)

_____                                                          **8017**
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY              TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT                                      Orig. - Court
BROWARD COUNTY              FIRST APPEARANCE/ARREST FORM          2nd  - State Atty
STATE OF FLORIDA                                                  3rd  - Filing Agency
BSODB #2 (REV 9/91)    SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION.    4th  - Arresting Agency

NOTE: This factual account is offered for the limited purpose of establishing probable cause to validate the above-named individual's arrest.
The incident and other supplemental report(s) will provide a comprehensive factual account.

**COMPLAINT AFFIDAVIT**
BROWARD CO.          PROBABLE CAUSE AFFIDAVIT CONTINUATION
ARREST NO.:                                                              OBTS. NO.:

| DEFENDANT'S LAST NAME | FIRST | MID | SUF | HGT | WGT | RC | SEX | OFFENSE REPORT | ARRESTING OFFICER(S)/CCN |
|---|---|---|---|---|---|---|---|---|---|
| MEDINA | JOSE | R | | 5'6 | 140 | W | M | BS00-04-05288 | CAUDILL, BOYD 5488 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) ADDRESS     PHONE #

| COUNT NO. | Mag.Code/ Capias-Warrant # Bond | OFFENSES CHARGED  F.S.S.  UCR | CITATION #, IF APPLICABLE |
|---|---|---|---|
| 4 | | OPERATING BICYCLE W/O LIGHTS SUNSET-SUNRISE 316.2065(1) | #5706-ADK |

Before me this date personally appeared 5488 CAUDILL, BOYD, who being first duly sworn deposes and says that on _____ day 04/10/20, 19___ at FT LAUDERDALE FL (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:
SUNRISE.

I swear the above statement is correct and true to the best of my knowledge and belief.

_Boyd E Caudill_       CAUDILL, BOYD   5488    BS DLE
OFFICER/AFFIANT'S SIGNATURE       OFFICER'S NAME/CCN          OFFICER'S DIVISION
STATE OF FLORIDA    COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 10 day of April, 2000  (SEAL OR STAMP)
He is personally known to me or who has produced (ID Type) _____ as identification and who (DID/OR DID NOT) take an oath.

                                                    8017
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY     TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT                                 Orig. - Court
BROWARD COUNTY                  FIRST APPEARANCE/ARREST FORM  2nd - State Atty
STATE OF FLORIDA                                              3rd - Filing Agency
BS009 2A (REV 9/91)                                           4th - Arresting Agency

NOTE: This factual account is offered for the limited purpose of establishing probable cause to validate the above-named individual's arrest. The incident and other supplemental report(s) will provide a comprehensive factual account.

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Miami Field Division | MONITORED INVESTIGATION INFORMATION:<br>Miami Field Division<br>FY-00<br>Report 002 |
|---|---|
| TITLE OF INVESTIGATION:<br>Medina, Jose | |
| CASE NUMBER:<br>764010-00-0056 | REPORT NUMBER:<br>2 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY | |
|---|---|---|---|---|
| | REPORT OF INTELLIGENCE | | | |
| SUBMITTED BY *(Name)*<br>Steven L. Meyer | | SUBMITTED BY *(Title and Office)*<br>Special Agent, Fort Lauderdale Field Office | | SUBMITTED BY *(Date)*<br>04/21/2000 |
| REVIEWED BY *(Name)*<br>William Hamilton | | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Fort Lauderdale Field Office | | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Robert P. Thomas | | APPROVED BY *(Title and Office)*<br>Acting Special Agent in Charge, Miami Field Division | | APPROVED BY *(Date)* |

**DESCRIPTION OF ACTIVITY:**
Interview of Broward Sheriff's Office (BSO) Deputy Boyd Caudill

**SYNOPSIS:**

On 4/20/00 S/A Meyer interviewed BSO Deputy Boyd Caudill.

**NARRATIVE:**

1. On 4/20/00 S/A Meyer interviewed BSO Deputy Boyd Caudill. Deputy Caudill verified the information in the BSO incident report and complaint affidavit (Case BSO0-04-05288) and added the following:

   Deputy Caudill stated that he and Deputy Jesse Johnson attempted to stop Medina for driving a bicycle at night (1:40AM) without lights. After Medina fled on the bicycle, Deputy Caudill confirmed that he observed Medina remove a dark object from his pants pocket and throw it into the parking lot of Friendly Laundry. Deputy Caudill confirmed that he did not lose sight of the parking lot or the object during the arrest of Medina. After the arrest of Medina, Dep. Caudill recovered the object, which turned out to be the firearm. The parking lot was unoccupied, with the only persons in the area being a female doing laundry inside Friendly Laundry and a male on the payphone in front of the convenience store.

   Deputy Caudill stated that after his arrest, Medina spontaneously asked the deputies what they had done with his gun.

ATF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Miami Field Division | Miami Field Division<br>FY-00<br>Report 003 |

| TITLE OF INVESTIGATION: |
|---|
| Medina, Jose |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 764010-00-0056 | 3 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Steven L. Meyer | Special Agent, Fort Lauderdale Field Office | 04/21/2000 |
| **REVIEWED BY** *(Name)* | **REVIEWED BY** *(Title and Office)* | **REVIEWED BY** *(Date)* |
| William Hamilton | Resident Agent in Charge, Fort Lauderdale Field Office | |
| **APPROVED BY** *(Name)* | **APPROVED BY** *(Title and Office)* | **APPROVED BY** *(Date)* |
| Robert P. Thomas | Acting Special Agent in Charge, Miami Field Division | |

### DESCRIPTION OF ACTIVITY:

Interview of Broward Sheriff's Office (BSO) Deputy Jesse Johnson

### SYNOPSIS:

On 4/21/00 S/A Meyer interviewed BSO Deputy Jesse Johnson.

### NARRATIVE:

1. On 4/21/00 S/A Meyer interviewed BSO Deputy Jesse Johnson. He and Deputy Caudill were partners on the arrest of Jose MEDINA. Deputy Johnson verified the information in the BSO incident report and complaint affidavit (Case BSO0-04-05288) and added the following:

   During the pursuit and arrest of MEDINA, Deputy Johnson focused on the control and custody of Medina while Dep. Caudill kept his attention focused on the parking lot where Medina threw the firearm.

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 1 of 2

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Miami Field Division | Miami Field Division<br>FY-00<br>Report 004 |

| TITLE OF INVESTIGATION: |
|---|
| Medina, Jose |

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 764010-00-0056 | 4 |

TYPE OF REPORT: (Check Applicable Boxes)

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
|   | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| Pamela Bradley | Special Agent, Fort Lauderdale Field Office | 04/25/2000 |
| REVIEWED BY (Name) | REVIEWED BY (Title and Office) | REVIEWED BY (Date) |
| William Hamilton | Resident Agent in Charge, Fort Lauderdale Field Office |  |
| APPROVED BY (Name) | APPROVED BY (Title and Office) | APPROVED BY (Date) |
| Robert P. Thomas | Acting Special Agent in Charge, Miami Field Division |  |

### DESCRIPTION OF ACTIVITY:

Examination of firearm to determine interstate nexus as requested by Special Agent Steve Meyer.

### SYNOPSIS:

On April 24, 2000, Special Agent Pamela J. Bradley conducted an examination of the firearm described below to determine the place of manufacture and to establish interstate nexus of the firearm.

### NARRATIVE:

This statement is based on the following firearm, which was not manufactured in the State of Florida:

1. Rohm, model RG-30, .32 caliber revolver, serial number BD6990. This firearm was manufactured by Rohm in Sontheim, Germany and imported by Florida Firearms Corporation in Hialeah, Florida.

**Immigration and Naturalization Service** — **Immigration Detainer - Notice of Action**

| INS PAROLE VIOLATION | File No. A23 223 004 |
|---|---|
| | Date: 4/16/00 |

TO: (Name and title of institution)
Officer in Charge
Broward County Jail
Ft. Lauderdale, FL

FROM: (INS office address)
Chief Patrol Agent
United States Border Patrol
7201 Pembroke Road
Pembroke Pines, FL 33023

Name of alien: MEDINA-RUIZ, Jose          Arrest # 500011259    Cell Location BCJ 4A3112

Date of birth: 12/31/57      Nationality: Cuba    (CP) Parolee       Sex: Male

You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date).

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date).

☒ Deportation or removal from the United States has been ordered. Subj. ordered EXLUDED on 6/24/97
Subj has violated his INS Parolee status for burglary conv. and possession of firearm.

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ during business hours or _____ after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to _____ (Area code and facsimile number).

Return fax to the attention of _____ (Name of INS officer handling case), at _____ (Area code and phone number).

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____.

Scotty Duerksen     (954)963-9805 Ext 164 or 121     Border Patrol Agent
(Signature of INS official)                          (Title of INS official)

Receipt acknowledged:

Date of latest conviction: 4-27-98    Latest conviction charge: 4/10/00 Burglary 3rd Fel / Carrying firearm
Estimated release date: unknown

Signature and title of official: _____ BPA 726

Subj ordered exluded on 6/24/97, subj is currently a CP (Parolee)
Subj has a file in Orlando Deportations. S000 Kim Boulia confirmed that
the subj has already been written and will foward the file to Krome Detention
Contact No. 407 855-1078

Form I-247 (Rev. 4-1-97) N

BROWARD COUNTY SHERIFF'S OFFICE  
P.O. Box 9507  
Fort Lauderdale, FL 33310

Lab Number: 00-00007774  
Agency Case: 00-04-5288  
Date: 4/17/00

## CRIME LABORATORY ANALYSIS REPORT

To: Deputy Caudill  
    BSO District 05 (Central Broward)  
    200 N.W. 27th Avenue  
    Fort Lauderdale, FL 33311

The following evidence was submitted to the Laboratory:

One .32 S&W Rohm Model RG30 revolver #BD6990.

The submitted firearm was found operable and test shots were fired.



The foregoing instrument was acknowledged and submitted, acknowledged before me this _____ day of _____, 2000 by Allen B Greenspan who is personally known to me.

Allen B Greenspan  
Firearms and Tool Mark Examiner

Diana M Edwards CC641792  
STATE OF FLORIDA, COUNTY OF BROWARD

Diana M Edwards  
MY COMMISSION # CC641792 EXPIRES  
May 31, 2001

## AFIS FINGERPRINT COMPARISON EXAMINATION

AN EXAMINATION OF THE STANDARD INKED FINGERPRINT IMPRESSIONS OF:

SUBJECT   Jose Medina

AKA

R/S   White/Male           DOB   12-31-57
CASE #
ARREST #   98007084CF10A      AGENCY   Attached Judgement Dated May 5, 1998

AS COMPARED TO THE (STANDARD INKED FINGERPRINT IMPRESSIONS) (MOTOR ENGRAVING IMPRESSION) OF:

SUBJECT   Jose Medina

AKA

R/S   White/Male           DOB   12-31-57

ARREST #   BS0011259         AGENCY   Broward Sheriff's Office

REMARKS   Compared the attached judgement to the booking prints of the above arrest.

REVEALED:

__XXXXXX__ THEY ARE ONE AND THE SAME PERSON

_____ THEY ARE NOT ONE AND THE SAME PERSON

_____ THE FINGERPRINT CLASSIFICATION IS SIMILAR. NO POSITIVE DETERMINATION CAN BE MADE WITHOUT THE STANDARD INKED FINGERPRINTS OF THE SUBJECT IN QUESTION.

*Ellice E. Howell-Francis*
FINGERPRINT ANALYST         #6366
                            CCN#

Ellice E. Howell-Francis

SWORN TO BEFORE ME THIS 25th DAY
APRIL A.D. 2000

*Alviria Fair*
NOTARY PUBLIC STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES

Alviria Fair
MY COMMISSION # CC890078 EXPIRES
December 29, 2003
BONDED THRU TROY FAIN INSURANCE, INC

CLAFIS 12 2-92

| CRIMINAL **JUDGEMENT** | DIV: FE | 98-301832 T#017 05-22-98 11:15AM |

**THE STATE OF FLORIDA VS:**

Plaintiff: Jose Medina — DEFENDANT

**CASE NUMBER** 98-7084CF10A

[ ] PROBATION VIOLATOR  
(Check if Applicable)  
STATE ATTORNEY: B. Mulligan  
COURT REPORTER: L. Superior

The Defendant, Jose Medina, being personally before this Court represented by: T. Tonell, his attorney of record, and having:

(Check Applicable Provision)
[ ] Been tried and found guilty of the following crime(s).
[X] Entered a plea of guilty to the following crime(s).
[ ] Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Burglary Structure | 810.021 | 3F | |
| II | Resist/Obstruct w/o violence | 843.02 | MISD | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

(Check if Applicable)
[ ] The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).

[ ] The Court hereby imposed additional court costs in the sum of $_____

Imposition of Sentence Stayed and Withheld
[ ] The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (condition of probation set forth in separate order.)

Sentence Deferred Until Later Date
(Check if Applicable)
[ ] The Court hereby defers imposition of sentence until _____ (Date)

[X] Pay $200.00 Trust Fund pursuant to F.S.27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) II : 29 DAYS BROWARD COUNTY

JAIL W/CREDIT FOR 29 DAYS TIMES SERVED

FORM 110P074 REVISED 10/93   PAGE 1 OF 2

MEDINA, JOSE

| DIVISION | | CASE NUMBER |
|---|---|---|
| CRIMINAL | [ ] ADJUDICATION WITHHELD | |
| FE | [X] ADJUDICATED GUILTY | 98-7084CF10A |

SOCIAL SECURITY NUMBER 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

### FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
| | | | | |



Fingerprints taken by:

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
COUNTY ADMINISTRATOR
# CCN
5422
Court Deputy

W.A. _____

Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this 5 day of MAY A.D., 19 98. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant MEDINA, JOSE , and that they were placed thereon by said Defendant in my presence in Open Court this date.

JUDGE
Mark A. Speiser

FORM 180FBB
REVISED 9/94

PAGE 2 OF 2