HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JOSE MEDINA_____ CASE NO: __00-6105-CR-ROETTGER__

AUSA __STEVE PETRI__ / _11/pm_    ATTY __FPD__ _Duy_

_Discovery out today - gov't ready_
_for trial - motions due June 6_                00-031
                                                 300

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

FILED by _____ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __5-23-00_____ TIME __11:00_____

15/DM