UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6105-CR-ROETTGER

UNITED STATES OF AMERICA,      :

    Plaintiff,             :

v.                             :

JOSE MEDINA,                   :

    Defendant.             :
_____

**STATUS REPORT**

    A status conference was held in this cause on May 23, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was provided on May 23, 2000.

    2. Counsel for the defendant shall have until June 6, 2000, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this 25 day of May, 2000.

                                   LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Steve Petri (MIA)
AFPD Tim Day (FTL)