UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6105-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,                              :

vs.                                                   :

JOSE MEDINA,                              :

    Defendant.                           :
_____/

## MOTION FOR PSYCHOLOGICAL EVALUATION

The defendant, Jose Medina, pursuant to 18 U.S.C. § 4241 and 4242 moves for an order directing the Bureau of Prisons to conduct a psychological exam of the defendant to determine competency to stand trial and whether the defendant was sane/insane at the time of the offense and as grounds therefor states:

1. The defendant is charged by indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

2. Counsel for the defendant has reasonable grounds to believe that the defendant may be incompetent to proceed to trial and may have been insane at the time of the offense. Undersigned counsel has had a difficult time communicating with the defendant.

4. The defendant requests that this court order the Bureau of Prisons to conduct a psychological evaluation of the defendant pursuant to 18 U.S.C. 4241 and 4242 to determine if he is legally competent/incompetent to proceed to trial and whether he was legally sane/insane at the

time of the commission of the offense.

5. Further, the defendant requests that the evaluation be done at the Federal Detention Center in Miami Florida and that a report be compiled pursuant to 18 U.S.C. 4247(b).

WHEREFORE, the defendant requests that this court order an evaluation as outlined above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___ day of June, 2000 to Steve Petrie, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Medina\Psych.mot.wpd

2