UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | 00-6105-CR-ROETTGER |
| ) | |
| JOSE MEDINA, ) | THIS VOLUME: |
| ) | PAGES 1 - 26 |
| DEFENDANT. ) | |
| _____) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON MAY 16, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:   STEVEN R. PETRI, A.U.S.A.
                     99 N.E. 4TH STREET
                     MIAMI, FL  33132 - 305/961-9401


FOR THE DEFENDANT:   TIMOTHY DAY, A.F.P.D.
                     FEDERAL PUBLIC DEFENDER'S OFFICE
                     101 N.E. 3RD AVENUE, SUITE 202
                     FT. LAUDERDALE, FL. 33301
                     954 356-7436


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**