
SRP:sr



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CR-ROETTGER

UNITED STATES OF AMERICA, :

    PLAINTIFF, :

v. :

JOSE MEDINA, :

    DEFENDANT. :

---

## SPEEDY TRIAL REPORT

The United States of America, by and through its undersigned Assistant United States Attorney, submits this Speedy Trial Report for the Court's consideration.

The defendant made his initial appearance on the indictment in this case on May 8, 2000. Since the initial appearance, proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h). The following chart is provided for the convenience of the Court:

| Motion/Proceeding | Date of Filing or Proceeding | Date of Order | Excludable Time |
|---|---|---|---|
| Detention Hearing | 5/16/00 | | 1 day |
| Status Conference | 5/25/00 | | 1 day |
| Motion for Psychological Exam | 6/01/00 | | Time period tolled during pendency of motion |

The United States respectfully submits that twenty-one (21) days of non-excludable time

have elapsed since defendant's initial appearance, and that the time period is currently tolled pending the psychological evaluation.

By:

Respectfully submitted,

GUY A. LEWIS
ASSISTANT U.S. ATTORNEY

*/s/ Steven R. Petri*

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY
COURT NO. A5500048
500 E. Broward Blvd. 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336
E-Mail: Steve.Petri@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 3rd day of July, 2000, to Timothy Day, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

*/s/ Steven R. Petri*

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY