UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6105-CR-ROETTGER

UNITED STATES OF AMERICA

vs

JOSE MEDINA                                   NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for WEDNESDAY AUGUST 23, 2000 at 10:00 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

CALENDAR CALL FOR TRIAL PERIOD BEGINNING WEDNESDAY AUGUST 23, 2000. COUNSEL TO NOTIFY THE COURT IF DEFENDANT IS TO ENTER A PLEA. DEFENDANTS MUST BE PRESENT IN COURT.

CLARENCE MADDOX, CLERK

DATED: 7/27/00

BY: _____

Deputy Clerk