SRP:sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CR-ROETTGER (s)
18 U.S.C. § 922(j)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MEDINA ,

    Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT I

On or about April 10, 2000, in Broward County, in the Southern District of Florida, the defendant,

JOSE MEDINA ,

did knowingly and willfully possess a stolen firearm, to wit, a stolen Rohm .32 caliber revolver, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen.

All in violation of Title 18, United States Code, Section 922(j).

GUY A. LEWIS
UNITED STATES ATTORNEY

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. ___00-6105-CR-ROETTGER (s)___

v.

## CERTIFICATE OF TRIAL ATTORNEY*

JOSE MEDINA

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)  Yes ___  No _X_
Number of New Defendants ___
Total number of counts  1___

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   | I   | 0 to 5 days    | 0___ | Petty    | ___ |
   | II  | 6 to 10 days   | ___  | Minor    | ___ |
   | III | 11 to 20 days  | ___  | Misdem.  | ___ |
   | IV  | 21 to 60 days  | ___  | Felony   | _X_ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO___
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ Steven R. Petri

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. A5500048

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __JOSE MEDINA_____  No.: _____

Count # I:
POSSESSION OF STOLEN FIREARM; in violation of 18:922(j) _____

*Max Penalty: _10 YEARS' IMPRISONMENT, $250,000 FINE_____

Count # :

*Max Penalty: _____

Count # :

*Max Penalty: _____

Count # :

*Max Penalty: _____

Count #:

*Max Penalty: _____

Count #:

*Max Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

**BOND RECOMMENDATION SHEET**

<u>JOSE MEDINA</u>
Defendant

PTD is recommended.

*Steven R. Petri*
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
COURT BAR NO. A5500048
TELEPHONE: (954) 356-7255
FACSIMILE: (954) 356-7336
E-MAIL: STEVEN R. PETRI@justice.usdoj.gov

Address of Defendant:

Agent:
ATF, S/A S/A MEYER