## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOSE MEDINA (J) # 55288-004 | CASE NO: | 00-6105-CR-ROETTGER (s) |
| AUSA: | STEVEN PETRI /Behnke/ | ATTY: | TIM DAY, AFPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT ON SUPERSEDING INFORMATION | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Deft does not speak English —

Re-set to 8/25

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | On SS | 8/25 | 11 | Snow |
| STATUS CONFERENCE: | | | | |

DATE: 8/24/00    TIME: 2 00    FTL/LSS TAPE # 00 -    Begin:    End:

23/DM