**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | JOSE MEDINA (J) # 55288-004 | CASE NO: | 00-6105-CR-ROETTGER (s) |
| AUSA: | STEVEN PETRI /Behnke/ | ATTY: | TIM DAY, AFPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT ON SUPERSEDING INFORMATION | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☐ Travel extended to: _____
☐ Halfway House _____

Waiver of indictment executed in open court -

INFO
Reading of Indictment Waived ✓
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

(Circle One)
Interpreter Request ✓
~~No Interpreter~~
~~No Known~~ Spanish
(Specify Language)

Plea to be set before NCR

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8/25/00   TIME: 11:00   FTL/LSS TAPE # 00 - 046   Begin: 1673   End: 1867

24/DM