

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CR-NCR(s)

UNITED STATES OF AMERICA

vs

**SUPERSEDING INFORMATION**

JOSE MEDINA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 24, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name: ____TIM DAY, AFPD_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____  no_____ Bond hearing set for_____

Dated this _25TH_ day of __AUGUST_____, 2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: _Penny Butler_____
                                  Deputy Clerk
                              Tape No. __00 046_____

cc: Copy for Judge
    U. S. Attorney