AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSE MEDINA

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6105-CR-ROETTGER (s)

I, JOSE MEDINA, the above named defendant, who is accused of POSSESSION OF STOLEN FIREARM, in violation of Title 18, United States Code, Section 922(j), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 8/25/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jose Medina*
JOSE MEDINA
Defendant.

TIMOTHY M. DAY
Counsel for Defendant

Before *Lurana S. Snow*
UNITED STATES MAGISTRATE JUDGE

26/DM