SEP 20 2000

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6105-CR-NCR   Date: 9/18/00
Courtroom Clerk: P. Hait   Court Reporter: Reeves
Probation Officer: _____   Interpreter: ups

Plaintiff(s): U.S.A.   Counsel: _____

Defendant(s): G. Medina (J)   Counsel: T. Day

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead & adj. as guilty. PS Ordered. sent set on Nov 17, 2000 at 1:30 pm.

Misc.: _____

29/DM