HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

DEC 2000

## COURT MINUTES

Case No.: 00-6105-CR     Date: 11/17/00
Courtroom Clerk: Y. Hart     Court Reporter: Blanie
Probation Officer: present     Interpreter: Lyn
Plaintiff(s): U.S.A.     Counsel: Petri

Defendant(s): J. Medina (J)     Counsel: D. Day

Reason For Hearing: Sentencing

Result of Hearing/Judgment: N J fine imposed. 33 mos, 2 yrs S.R., non-reporting if deported

Misc.:

33/DM