PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 63817

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06105-001-*GOLD*



## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Jose Medina

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, U.S. District Judge,  
Ft. Lauderdale, Florida

Date of Original Sentence: November 17, 2000

Original Offense:   Possession of a stolen firearm, 18 U.S.C. § 922 (j), a Class C Felony

Original Sentence:   Thirty-three (33) months custody Bureau of Prisons, followed by three (3) years supervised release, $100.00 assessment. Special Conditions: Period of supervised release shall be non-reporting if deported. If deported, the defendant shall not re-enter the United States without prior permission of the U.S. Attorney General.

Type of Supervision: Supervised Release          Date Supervision Commenced: August 31, 2002

Assistant U.S. Attorney:                          Defense Attorney:  
Steven R. Petri                                   Timothy M. Day, AFPD

---

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to report to the probation office as directed by the court and the Bureau of Prisons. On August 31, 2002, the defendant was released from the custody of the Bureau of Prisons to the custody of Immigration and Naturalization Services following the completion of his sentence. On April 16, 2003, he was released from Immigration and Naturalization Services and failed to report within 72 hours of his release. His whereabouts are unknown. |

PROB 12C                                                               SD/FL PACTS No. 63817
(SD/FL 9/96)

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be
    [X]    revoked.
    [ ]    extended for _ years, for a total term of _ years.

    [ ]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by *[signature]*

Yamilee Sanchez
U.S. Probation Officer
Phone: 305-808-6452
Date: April 6, 2004

---

THE COURT ORDERS:

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

cc: USPO YAMILEE SANCHEZ
    US MARSHALS SERVICES (2 CERT.)

*[signature]*
Signature of Judicial Officer  ALAN S. GOLD

April 21, 2004
Date