PROB 19                                                                          SD/FL PACTS No. 63817

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 0:00CR06105-001 ( Gold )

U.S.A. vs MEDINA, Jose

FILED by _____ D.C.

APR 2 1 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |
|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |

| NAME OF PROBATIONER<br>Jose Medina | SEX<br>Male | RACE<br>Hispanic | AGE<br>46 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>Unknown | | | |

| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern of Florida | DATE IMPOSED<br>November 17, 2000 |
|---|---|
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Miami, FL | |

| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>Jacob M. Hasbun | DATE<br>April 21, 2004 |
|---|---|---|

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."