\*\* TOTAL PAGE.02 \*\*

*If, on 11/16/04 Already processed*

SPANISH

**UNITED STATES DISTRICT COURT**
Southern District of Florida

FILED by _____ D.C.
MAG. SEC.
NOV 1? 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA     )   Case Number: CR 00-6105-_____
              Plaintiff      )
                             )   REPORT COMMENCING CRIMINAL
        -vs-                 )   ACTION
                             )
MEDINA, JOSE                 )   55288-004
          Defendant          )   USMS NUMBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   (MIAMI)   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court                           FT. PIERCE
                                (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11/14/04           am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PROB VIOL.

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 12/31/1957

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES   [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 11/15/04   (9) Arresting Officer: _____

(10) Agency: USMS        (11) Phone: 9543567256

(12) Comments: _____