CASE NUMBER   00-6105-CR-GOLD



INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE   SPANISH

DEFENDANT(S)   JOSE MEDINA

