SPANISH

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*


FILED by ___ D.C.
INTAKE
NOV 17 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA ) Case Number: CR 00-6105-CR
         Plaintiff )    Gold
                          ) REPORT COMMENCING CRIMINAL
      -vs-               ) ACTION
                          )
MEDINA, JOSE          ) 55288-004
         Defendant        USMS NUMBER

*********************************************************

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court         FT. PIERCE
                    (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11/14/04     am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PROB VIOL

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12/31/1957

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 11/15/04  (9) Arresting Officer: _____

(10) Agency: USMS  (11) Phone: 9543567256

(12) Comments: _____