.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6105-CR-GOLD/SIMONTON

UNITED STATES OF AMERICA,

vs.

JOSE MEDINA

## WAIVER

I, Jose Medina, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to Probation Probable Cause Hearing.
2) I possess full knowledge and understanding of the charges pending against me in this case.
3) Of my own free will, I do hereby refuse and waive in open court on December 1, 2004, my right to Probation Probable Cause Hearing.

DATED: December 1, 2004

_____
Defendant

_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to Probation Probable Cause Hearing.

DATED this 1 day of December, 2004 at Miami, FL
Southern District of Florida.

TAPE 04H 84-1625

ROBERT L. DUBE
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal