UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-GOLD
         6105

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOSE MEDINA,

                Defendant.
_____/

*NIGHT BOX FILED DEC - 2 2004 CLARENCE MADDOX CLERK, USDC / SDFL / MIA*

## GOVERNMENT'S NOTIFICATION OF WITNESS TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby gives notice, pursuant to the Court's Order dated November 30, 2004, that it expects to call U.S. Probation Officer Yamilee Sanchez as a witness at the final supervised release violation hearing set for January 13, 2005. Officer Sanchez' direct examination testimony is expected to take 5-10 minutes.

                              Respectfully submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

                              BY: /s/ Steven R. Petri
                              STEVEN R. PETRI, AUSA
                              Federal Bar # A550048
                              500 E. Broward Blvd., #700
                              Fort Lauderdale, FL 33394
                              Tel: 954-356-7255 Ext.3599
                              Fax: 954-356-7180

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the below named on this 2nd day of December, 2004.

AFPD Krista A. Halla-Valdes
Federal Public Defender's Office
Museum Tower Office Bldg.
150 West Flagler Street
Suite 1500
Miami FL 33130-1555

Yamilee Sanchez, U.S. Probation Officer
U.S. Probation Office
300 NE First Ave.
Room 315
Miami FL 33132

*[signature]*
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY