

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MEDINA,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Michael Caruso
Assistant Federal Public Defender
Florida Bar No. 0051993
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel.: (305) 530-7000, Ext. 135
Facsimile: (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the 3rd day of December, 2004 to Steven Petri, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 and to Yamilee Sanchez, United States Probation Officer, 2 South Biscayne Boulevard, Suite 2501, Miami, Florida 33131.

By: _____
Michael Caruso

## FAXBACK SERVICE LIST

Michael Caruso, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Jose Medina

Steven R. Petri, Esq.
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
Tel: (954)660-5799
Fax: (954)356-7180

Yamilee Sanchez
United States Probation Officer
2 South Biscayne Boulevard, Suite 2501
Miami, Florida 33131
Tel: (305)808-6452
Fax: (305)808-6469