

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MEDINA

    Defendant.
_____/

### JOSE MEDINA'S UNOPPOSED MOTION TO CONTINUE

Jose Medina, through undersigned counsel, hereby moves the Court for a 30 day continuance. In support thereof, he says:

1. Mr. Medina is currently scheduled for a supervised release revocation hearing before the Court on January 13, 2005.

2. Undersigned counsel believes that the most prudent course of action in this case is to have Mr. Medina evaluated prior to the revocation hearing.

3. Undersigned counsel is requesting a 30-day continuance.

4. This request is made in good faith and not for the purposes of delay.

5. Undersigned counsel has spoken to the prosecutor assigned to this case who

states he has no objection to the relief requested herein.

>KATHLEEN M. WILLIAMS
>FEDERAL PUBLIC DEFENDER
>
>By: /s/ Michael Caruso
>Michael Caruso
>Assistant Federal Public Defender
>Florida Bar No. 0051993
>150 W. Flagler Street, Suite 1700
>Miami, FL 33130-1556
>Telephone: (305) 530-7000
>Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via interoffice on Steven Petrie, AUSA, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 and Yamilee Sanchez, USPO, 2 South Biscayne Boulevard, Suite 2501, Miami, Florida 33131 this 12th day of January, 2005

/s/ Michael Caruso
Michael Caruso

J:\Medina, Jose Reg55288-004\Pleadings\Motion to Continue.wpd