UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

JOSE MEDINA,

    Defendant.

_____/

CASE NO: 00-6105-CR-GOLD

FILED by _____ D.C.
JAN 13 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING FINAL SUPERVISED RELEASE VIOLATION HEARING

This matter is before the Court pursuant to the defendant's unopposed motion for continuance of hearing, filed on or about January 12, 2005, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) The defendant's unopposed motion for continuance of hearing is hereby **granted.**

2) The final supervised release violation hearing presently set for Thursday, January 13, 2005 at 4:30 p.m., is hereby continued to **Friday, February 18, 2005 at 9:00 a.m.**, at the United States District Courthouse, located at 301 North Miami Avenue, Courtroom 10 - 10th floor, Miami, Florida.

3) The Court has reserved one (1) hour for the hearing.

**DONE AND ORDERED** at Miami, Florida, this _____12_____ day of January, 2005.

                _____
                UNITED STATES DISTRICT JUDGE
                ALAN S. GOLD

cc: AUSA Steven R. Petri
   AFPD Michael Caruso
   Yamilee Sanchez, U.S. Probation Officer