UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### SENTENCING MINUTES PURSUANT TO
### FINAL SUPERVISED RELEASE VIOLATION HEARING


FILED by ___ D.C.
FEB 18 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO: 00-6105 (6105)   CR-GOLD   DATE 02/18/05   JUDGE ALAN S. GOLD, Presiding

DEFT: JOSE MEDINA   REPORTER: Joseph Millikan   D. CLERK: Jacob M. Hasbun

DEFT. COUNSEL AFPD MICHAEL CARUSO   A.U.S.A: STEVEN PETRI

( ) DEFT FAILED TO APPEAR - BENCH WARRANT ISSUED. BOND FORFEITED
( ) SENTENCING CONTD. TO _____ AT ____ AT REQUEST OF _____
(X) JUDGMENT/SENTENCE
   AS TO Violation 1   IMPRISONMENT FOR 4 MONTHS
   AS TO COUNT ____   IMPRISONMENT FOR ____ MONTHS
   AS TO COUNT ____   IMPRISONMENT FOR ____ MONTHS
   AS TO COUNT ____   IMPRISONMENT FOR ____ MONTHS
   AS TO COUNT ____   IMPRISONMENT FOR ____ MONTHS

USPO: YANILEE SANCHEZ

(X) DEFT SWORN/DEFT. FREELY + VOLUNTARILY ADMITTED VIOLATION #1 SET FORTH IN PETITION FILED 04/21/04 (DE 35). — TERM OF SUPERVISED RELEASE IS REVOKED —

( ) ASSESSMENT _____
( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY.
(X) SUPERVISED RELEASE/~~SPECIAL PAROLE~~ TERM: 2 YEARS. — AS A CONDITION
( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205© FOR STUDY AND REPORT AS DESCRIBED BY 18:4205©.
( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE _____
(X) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE.
( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL
( ) BOND ON APPEAL SET AT _____

OF SUPERVISED RELEASE THE DEFT. SHALL PARTICIPATE IN A CCC FOR A PERIOD OF 120 DAYS. — SPECIAL CONDITIONS IMPOSED, SEE JUDGMENT. / 10 DAYS TO APPEAL.