PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 80286

# United States District Court
## for
## SOUTHERN DISTRICT OF FLORIDA

**Petition for a Warrant for Offender Under Supervised Release**

FILED by _____ D.C.  
MAR 25 2005  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

**Case Number: 00-6105-CR-GOLD**

Name of Offender: Medina, Jose

Name of Sentencing Judicial Officer: The Honorable Alan S. Gold, U.S. District Judge,  
Miami, Florida

Date of Original Sentence: November 17, 2000

| | |
|---|---|
| Original Offense: | Possession of a Firearm, in violation of Title 18 U.S.C. § 922(j), a Class C Felony. |
| Original Sentence: | Thirty-three (33) months in the custody of the Federal Bureau of Prisons, followed by three years of supervised release. |
| | On February 18, 2005, Your Honor revoked the offender's supervision, after he failed to report to the Probation Office as directed, upon release from prison. He was sentenced to four (4) months in the custody of the bureau of prisons, followed by two years of supervised release. As special conditions of his supervision, he was ordered to reside and participate in a community corrections center for a period not to exceed 120 days, he was ordered to maintain full-time, legitimate employment, and to participate in an approved treatment program for mental health. |
| Type of Supervision: Supervised Release | Date Supervision Commenced: March 11, 2005 |
| Assistant U.S. Attorney: Steven R. Petri | Defense Attorney: Michael Caruso, AFPD |

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about March 22, 2005, the defendant failed to return to his approved residence, a local homeless shelter located at 1550 N. Miami Avenue, and his whereabouts are unknown. |



PROB 12C  
(SD/FL 9/96)                                                                 SD/FL PACTS No. 80286

2.  **Violation of Standard Condition,** by failing to follow the instructions of the probation officer. On March 21, 2005, the defendant failed to remain at the shelter as instructed, despite the fact the probation officer advised him she would be conducting a home verification on said date.

3.  **Violation of a Mandatory Condition**, by unlawfully possessing or using a controlled substance. On March 17, 2004, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories.

U.S. Probation Officer Recommendation:  
[XX]   The term of supervision should be:

    [XX]   revoked.  
    [ ]    extended for ___years, for a total terms of ___years.

[ ]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by   Doris M. Torres  
    U.S. Probation Officer  
    Phone: (305) 424-2457  
    Date:   March 24, 2005

---

THE COURT ORDERS:  
[ ]   No action  
[✓]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Terms of Supervision.

cc: AUSA STEVEN R. PETRI  
USPO DORIS M. TORRES  
US MARSHALS SERVICES (2 CERTIFIED)

Signature of Judicial Officer   ALAN S. GOLD

MARCH 25, 2005  
Date