CASE NUMBER 00-6105-CR-GOLD

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE   SPANISH

DEFENDANT(S) JOSE MEDINA

54