

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff
-vs-

Defendant: Medina, Jose

CASE NUMBER: CR: 00-6105-CR-GOLD

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: 55288-004

TO: CLERK'S OFFICE  (MIAMI)  FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 4/21/05 ___ AM ___ PM

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE (S) CHARGED: Supervised release violation

(4) DATE OF BIRTH: 12/31/51

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE : _____  (8) ARRESTING OFFICER: _____

(9) AGENCY: _____  (10) PHONE: _____

11) COMMENTS: _____