UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6105-Cr-Gold

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE MEDINA,

        Defendant.
_____/

**DEFENDANT'S INVOCATION OF**
**RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution,

immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

BY: _____
        Vincent P. Farina
        Assistant Federal Public Defender
        Florida Bar No. 0784370
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1555
        Tel: 305-530-7000
        Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street, Miami, Florida 33132-2111, this 25th day of April, 2005.

_____
Vincent P. Farina

K:\Farina V\Farina Cases\Mag Court\Medina\SILENCE.MOT

## FAXBACK SERVICE LIST

United States Attorney's Office
99 N.E. Fourth Street
Miami, Florida 33132-2111

305/530-7976


Vincent P. Farina, AFPD
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida 33130

305/536-4559