UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

              Plaintiff,

VS.

JOSE MEDINA,

              Defendant.

_____/

CASE NO: 00-6105-CR-GOLD



FILED by _____ D.C.

APR 27 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ORDER SETTING FINAL SUPERVISED RELEASE VIOLATION HEARING

This matter is before the Court *sua sponte*, it is hereby

**ORDERED AND ADJUDGED** that the above named Defendant shall appear for final supervised release violation hearing before the undersigned **Thursday, June 9, 2005 at 4:30 p.m.**, at the United States District Courthouse, located at 301 North Miami Avenue, Courtroom 10 - 10th floor, Miami, Florida.

The Court has set aside **thirty (30) minutes** for the supervised release hearing. Not later than seven (7) days prior to the hearing, counsel shall notify the Court in writing if any witnesses are to be called in support or objection to the alleged violations, and, if so, counsel shall specify the anticipated time required for such purpose. If necessary, the Court may re-set the hearing or continue it at the conclusion of the time allotted.

**DONE AND ORDERED** at Miami, Florida, this _____ 27 _____ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   AUSA Steven R. Petri
      AFPD Michael Caruso
      Doris M. Torres, U.S. Probation Officer

