UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MEDINA,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above-captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the

1

address listed below.

          KATHLEEN WILLIAMS
          FEDERAL PUBLIC DEFENDER

By: _____
     Michael Caruso
     Supervisory Assistant Federal Public Defender
     Florida Bar No. 0051993
     150 W. Flagler Street, Suite 1700
     Miami, Florida 33130-1556
     Tel: (305) 530-7000, Ext. 135
     Fax: (305) 536-4559
     E-mail: Michael_Caruso@fd.org

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was mailed the 29th day of April, 2005 to United States Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132-2111.

By: _____
     Michael Caruso

J:\Medina, Jose Reg55288-004\Pleadings\Notice of Assignment Motion.wpd

2

# FAXBACK SERVICE LIST

Michael Caruso, Esq.
Supervisory Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000, Ext. 135
Fax:(305)536-4559
Counsel for Jose Medina


United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976
Counsel for Government