UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

vs.

JOSE MEDINA



_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

For good cause shown by the defendant, and with no objections from the Government, the PROBABLE CAUSE HEARING on the above named defendant is hereby reset to  5/6/05  at 10:00 a.m. before the Duty Magistrate.

**DONE AND ORDERED** at Miami, Florida this 5TH day of MAY, 2005.

TAPE NO:05H-25-2040

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c: AUSA
   Defense Counsel
   US Probation
   U.S. Marshal

