UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

v.

JOSE MEDINA

REPORT ON LOCAL
PROBATION REVOCATION

___

This Cause was referred to the Magistrate Judge by the United States District Judge for conduct of the preliminary and final evidentiary hearings upon the petition of the Probation Office of this Court to revoke the probation imposed upon the defendant in this case.
The preliminary hearing was held in accordance with Fed.R. Crim.P. 32.1(a)(1) or the defendant agreed to consolidate the preliminary and revocation hearings pursuant to Fed.R.Crim.P. 32.1(a) so that no further evidentiary hearing need be held.
At the revocation hearing held this date the defendant was present with counsel. Upon consideration of all evidence presented it is

**Recommended** as follows:

_____ The evidence fails to establish that the probationer has violated the conditions of probation and the warrant should be **dismissed.**

__✓__ The probationer should be brought before the District Judge for further proceedings because the evidence establishes that he/she has violated the conditions of probation in that:

_The defendant waived his probable cause hearing. All further proceedings to occur before Judge Gold._

Dated: MAY 6, 2005

ROBERT L. DUBE'
**UNITED STATES MAGISTRATE JUDGE**

c: U.S. District Judge, Defense Counsel, Probation Officer,
   U.S. Marshal
   TAPE NO. 05FX-26-1172