UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6105-CR-GOLD

UNITED STATES OF AMERICA,
vs.

Jose Medina

**WAIVER OF PROBABLE CAUSE HEARING**

I, Jose Medina, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to <u>a probable cause hearing on the violation of supervised release</u>.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on_____, my right to <u>a probable cause hearing on the violation of supervised Release.</u>

DATED:  

_____
Defendant

_____
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to <u>a probable cause hearing on the violation of supervised release</u>.

DATED this 6th day of May, 2005, at MIAMI, FLORIDA, Southern District of Florida.

TAPE NO. 05H-26 /172

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE