UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MEDINA,

    Defendant.
_____/

### GOVERNMENT'S NOTIFICATION OF WITNESS TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby gives notice, pursuant to the Court's Order dated April 27, 2005, that it expects to call U.S. Probation Officer Doris M. Torres as a witness at the final supervised release violation hearing set for June 9, 2005. Officer Torres' direct examination testimony is expected to take 10 minutes.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

    BY: /s/ Steven R. Petri
    STEVEN R. PETRI, AUSA
    Federal Bar # A550048
    500 E. Broward Blvd., #700
    Fort Lauderdale, FL 33394
    Tel: 954-356-7255 Ext.3599
    Fax: 954-356-7180

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the below named on this /2th day of May, 2005.

AFPD Michael Caruso
Federal Public Defender's Office
Museum Tower Office Bldg.
150 West Flagler Street
Suite 1500
Miami FL 33130-1555

Doris M. Torres, U.S. Probation Officer
U.S. Probation Office
300 NE First Ave.
Room 315
Miami FL 33132

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY