UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MEDINA,

    Defendant.
_____/



**JOSE MEDINA'S UNOPPOSED MOTION TO
CONTINUE SUPERVISED RELEASE HEARING**

Jose Medina, through undersigned counsel, hereby respectfully moves this Court for a continuance of his supervised release hearing of this matter. Mr. Medina asks for a continuance of 30 days. In support thereof, he says:

1. Mr. Medina's supervised release hearing is currently scheduled for Thursday, June 9, 2005 at 4:30 p.m

2. Mr. Medina is scheduled to be evaluated by a defense expert on Thursday, June 16, 2005.

3. Undersigned counsel will be out of the district on June 9, 2005 (the day of the supervised release hearing).

1

4. Consequently, Mr. Medina is asking for a continuance of his supervised release hearing and respectfully requests that it be continued for thirty days.

5. Undersigned counsel contacted Steven R. Petri, Esq., the Assistant United States assigned to this case, and Mr. Petri stated he has no objection to the granting of this motion.

6. Mr. Petri will be out-of-town and not available from June 20 through June 30, 2005; July 18 through July 22, 2005 and July 28 through August 1, 2005.

7. This motion is made in good faith and not for the purpose of undue delay.

Wherefore, Jose Medina, respectfully requests that this matter be continued for a period of 30 days.

Respectfully submitted,

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _/s/ Helaine Batoff_
for Michael Caruso
Supervisory Assistant Federal Public Defender
Florida Bar No. 0051993
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000, Ext. 135
Fax: (305) 536-4559
E-mail: Michael_Caruso@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the ____ day of June, 2005 to Steven R. Petri, Esq., Assistant United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

By: _/s/ Helaine Batoff_
for Michael Caruso

J:\Medina, Jose Reg55288-004\Pleadings\Continuance of SR hearing and Order.wpd

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,
   Plaintiff,

vs.

JOSE MEDINA,
   Defendant.
_____/

## ORDER RESETTING JOSE MEDINA'S SUPERVISED RELEASE HEARING DATE

This matter came before the Court pursuant to defendant's unopposed motion to continue supervised release hearing, filed June 3, 2005, it is hereby

**ORDERED AND ADJUDGED** as follow:

1. The defendant's unopposed motion to continue supervised release hearing is **granted.**

2. The supervised release hearing presently set for Thursday, June 9, 2005 at 4:30 p.m., is hereby continued to _____, _____, 2005 at _____ a.m./p.m.

**DONE AND ORDERED** at Miami, Florida this _____ day of June, 2005.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

# FAXBACK SERVICE LIST

Michael Caruso, Esq.
Supervisory Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000, ext. 135
Fax:(305)536-4559
*Counsel for Jose Medina*

Steven R. Petri, Esq.
Assistant United States Attorney
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)356-7255, ext. 3599
Fax:(954)356-7180
*Counsel for Government*