UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

JOSE MEDINA,
      Defendant.
_____/



FILED by _____ D.C.

JUN 06 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING JOSE MEDINA'S
## SUPERVISED RELEASE HEARING DATE

This matter came before the Court pursuant to defendant's unopposed motion

to continue supervised release hearing, filed June 3, 2005, it is hereby

**ORDERED AND ADJUDGED** as follow:

1.    The defendant's unopposed motion to continue supervised release
hearing is **granted.**

2.    The supervised release hearing presently set for Thursday, June 9, 2005
at 4:30 p.m., is hereby continued to _MONDAY_ , _JULY 25_ , 2005 at
_4:30_ ~~a.m.~~/p.m.

**DONE AND ORDERED** at Miami, Florida this _6_ day of June, 2005.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

65

## FAXBACK SERVICE LIST

Michael Caruso, Esq.
Supervisory Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000, ext. 135
Fax:(305)536-4559
*Counsel for Jose Medina*

Steven R. Petri, Esq.
Assistant United States Attorney
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)356-7255, ext. 3599
Fax:(954)356-7180
*Counsel for Government*

U. S. PROBATION OFFICER DORIS M. TORRES