UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MEDINA,

    Defendant.
_____/

**JOSE MEDINA'S UNOPPOSED MOTION TO**
**CONTINUE SUPERVISED RELEASE HEARING**

Jose Medina, through undersigned counsel, hereby respectfully moves this Court for a continuance of his supervised release hearing of this matter. Mr. Medina asks for a continuance of 30 days. In support thereof, he says:

1. Mr. Medina's supervised release hearing is currently scheduled for Monday, July 25, 2005 at 4:30 p.m.

2. Undersigned counsel will be out of the district on a pre-paid vacation from July 18, 2005 through August 2, 2005.

3. Consequently, undersigned counsel is asking for a continuance of Mr. Medina's supervised release hearing and respectfully requests that it be

1



continued until after August 3, 2005.

4. Undersigned counsel contacted Steven R. Petri, Esq., the Assistant United States assigned to this case, and Mr. Petri stated he has no objection to the granting of this motion. Mr. Petri stated that he will also be out-of-town and asks that the hearing be reset for some time after August 3, 2005.

5. This motion is made in good faith and not for the purpose of undue delay.

Wherefore, Jose Medina, respectfully requests that this matter be continued.

Respectfully submitted,

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *M. Mrv*

Michael Caruso
Supervisory Assistant Federal Public Defender
Florida Bar No. 0051993
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000, Ext. 135
Fax: (305) 536-4559
E-mail: Michael_Caruso@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed the 15th day of July, 2005 to Steven R. Petri, Esq., Assistant United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

By: _____
Michael Caruso

J:\Medina, Jose Reg55288-004\Pleadings\Second Continuance Motion and Order.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSE MEDINA,
    Defendant.
_____/

## ORDER RESETTING JOSE MEDINA'S SUPERVISED RELEASE HEARING DATE

This matter came before the Court pursuant to defendant's unopposed motion to continue supervised release hearing, filed June 3, 2005, it is hereby

**ORDERED AND ADJUDGED** as follow:

1. The defendant's unopposed motion to continue supervised release hearing is **granted.**

2. The supervised release hearing presently set for Monday, July 25, 2005 at 4:30 p.m., is hereby continued to _____, _____, 2005 at _____ a.m./p.m.

**DONE AND ORDERED** at Miami, Florida this _____ day of June, 2005.

                              _____
                              ALAN S. GOLD
                              UNITED STATES DISTRICT JUDGE

cc:    Michael Caruso, Esq.
        Steve Petri, AUSA

## **FAXBACK SERVICE LIST**

Michael Caruso, Esq.
Supervisory Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000, ext. 135
Fax:(305)536-4559
*Counsel for Jose Medina*

Steven R. Petri, Esq.
Assistant United States Attorney
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)356-7255, ext. 3599
Fax:(954)356-7180
*Counsel for Government*