UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6105-CR-GOLD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSE MEDINA,
    Defendant.
_____/



FILED by _____ D.C.
JUL 25 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING JOSE MEDINA'S
## SUPERVISED RELEASE HEARING DATE

This matter came before the Court pursuant to defendant's unopposed motion to continue supervised release hearing, filed June 3, 2005, it is hereby

**ORDERED AND ADJUDGED** as follow:

1. The defendant's unopposed motion to continue supervised release hearing is **granted.**

2. The supervised release hearing presently set for Monday, July 25, 2005 at 4:30 p.m., is hereby continued to FRIDAY, AUG. 12, 2005 at 10:00 a.m./~~p.m.~~

**DONE AND ORDERED** at Miami, Florida this ___ day of July, 2005.

                _____
                ALAN S. GOLD
                UNITED STATES DISTRICT JUDGE

cc:    Michael Caruso, Esq.
        Steve Petri, AUSA
        U.S. PROBATION OFFICER DORIS M. TORRES

