UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SENTENCING MINUTES PURSUANT TO
FINAL SUPERVISED RELEASE VIOLATION HEARING**



FILED by _____ D.C.
AUG 1 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO: **00-6105-** CR-GOLD   DATE **08/12/05**   JUDGE ALAN S. GOLD, Presiding
DEFT: **JOSE MEDINA**   REPORTER: Joseph Millikan   D. CLERK: Jacob M. Hasbun
DEFT. COUNSEL **APPD M. CARUSO**   A.U.S.A: **STEVEN PETRI**

( ) DEFT FAILED TO APPEAR - BENCH WARRANT ISSUED. BOND FORFEITED
( ) SENTENCING CONTD. TO _____ AT _____ AT REQUEST OF _____
( ) JUDGMENT/SENTENCE
   AS TO **VIOLATIONS 1-3** IMPRISONMENT FOR **14** MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS
   AS TO COUNT _____ IMPRISONMENT FOR _____ MONTHS

USPO: **DORIS M. TORRES.**

(✓) **DEFT. SWORN/DEFT. FREELY + VOLUNTARILY ADMITTED VIOLATIONS 1-3 AS SET FORTH IN USPO'S PETITION (DE 51). THE COURT FINDS THE DEFT. VIOLATED TERMS OF SUPERVISED RELEASE + TERM IS REVOKED. — SPECIAL CONDITIONS IMPOSED, SEE JUDGMENT.**

( ) ASSESSMENT _____
( ) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY.
( ) SUPERVISED RELEASE/SPECIAL PAROLE TERM: _____
( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE MAXIMUM PROVIDED BY LAW, UNDER 18:4205©) FOR STUDY AND REPORT AS DESCRIBED BY 18:4205©).
( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE _____
(✗) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE.
( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL
( ) BOND ON APPEAL SET AT _____

