AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida - Miami Division__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JOSE MEDINA | (For Offenses Committed On or After November 1, 1987) |

Case Number: 00-6105-CR-GOLD

AFPD Michael Caruso     AUSA: Steven Petri
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)   1-3   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failing to notify the Probation Office of any change in residence. | 03/22/05 |
| 2 | Failing to follow instructions of the Probation Officer. The defendant failed to remain at the shelter as instructed. | 03/21/05 |
| 3 | Unlawfully possessing or using a controlled substance, that is, cocaine. | 03/17/05 |

FILED by _____ D.C.
AUG 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: _____

Defendant's Date of Birth: 12/31/57

Defendant's USM No.: 55288-004

Defendant's Residence Address:
FDC Miami
33 NE 4th Street
Miami, Florida 33101

Defendant's Mailing Address:
FDC Miami
33 NE 4th Street
Miami, Florida 33101

August 12, 2005
Date of Imposition of Judgment

_/s/_ Signature of Judicial Officer

ALAN S. GOLD, United Stated District Judge
Name and Title of Judicial Officer

August __16__, 2005
Date

AO 245D  (Rev. 3/01) Judgment in a Criminal  .e for Revocations
          Sheet 2— Imprisonment

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | JOSE MEDINA | |
| CASE NUMBER: | 00-6105-CR-GOLD | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months.  The U.S. Probation Officer is to work with the Bureau of Prisons to find a program to which the defendant could, if he chooses, participate in when he is released from incarceration, to further help the defendant with his mental health and substance abuse issues.

X  The court makes the following recommendations to the Bureau of Prisons:
   The defendant receive mental health and substance abuse counseling during the remainder of his incarceration.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL